*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered: August 13, 2015          520305
_____

In the Matter of the Claim of
    SUSAN M. KIMBLE,
                    Appellant.

COMMISSIONER OF LABOR,                MEMORANDUM AND ORDER
                    Respondent.
_____

Calendar Date:  June 8, 2015

Before:  Lahtinen, J.P., Garry, Rose and Devine, JJ.

_____

        Susan M. Kimble, Wanaque, New Jersey, appellant pro se.

        Eric T. Schneiderman, Attorney General, New York City
(Bessie Bazile of counsel), for respondent.

_____

        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed September 10, 2014, which ruled that claimant was
disqualified from receiving unemployment insurance benefits
because she voluntarily left her employment without good cause.

        Decision affirmed.  No opinion.

        Lahtinen, J.P., Garry, Rose and Devine, JJ., concur.

ORDERED that the decision is affirmed, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court